**Order entered August 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01313-CV

### INSURANCE ALLIANCE, Appellant

### V.

### LAKE TEXOMA HIGHPORT, LLC, ET AL., Appellees

**On Appeal from the 397th Judicial District Court
Grayson County, Texas
Trial Court Cause No. 08-0604-397**

## ORDER

We **GRANT** appellant's August 7, 2013 motion for an extension of time to file a combined reply/cross-appellee's brief. Appellant shall file its combined brief on or before October 3, 2013.

/s/    ELIZABETH LANG-MIERS
          JUSTICE